WILLIAM G. EASTON, Respondent, *v.* GLENN W. SIMPSON, Appellant.

Submitted November 13, 1944; decided November 22, 1944.

*William L. Clay* for motion.

*William G. Easton,* in person, and *Eugene J. Dwyer* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the matter within the meaning of the Constitution.